# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRH MEDICAL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MDE MEDICAL, LLC, and WILBUR ) <br> HILL, LLC, ) <br> ) <br> Defendants. | C.A. No. 1:25-cv-00095-CFC <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff CRH Medical Corporation respectfully moves to extend the deadline for Defendants MDE Medical, LLC and Wilbur Hill, LLC (collectively, the "Defendants") to move, answer, or otherwise respond to the Complaint in this action until March 17, 2025. The Defendants consent to the filing of this motion.

|  |  |
|---|---|
|  | Respectfully submitted, <br> POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* <br> Bindu A. Palapura (#5370) |
| Daniel Huynh | Andrew M. Moshos (#6685) |
| Anna Baker | Malisa C. Dang (#7187) |
| MORRIS, MANNING & MARTIN, LLP | Hercules Plaza, 6th Floor |
| 3343 Peachtree Road, NE | 1313 N. Market Street |
| Atlanta, GA 30326 | Wilmington, DE 19801 |
| Tel: (404) 233-7000 | Tel: (302) 984-6000 |
|  | bpalapura@potteranderson.com |
| Dated: February 12, 2025 | amoshos@potteranderson.com |
| 12044562 / 24738.00001 | mdang@potteranderson.com |
|  | *Attorneys for Plaintiff CRH Medical Corporation* |

2

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE