**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Bindu A. Palapura
Partner
bpalapura@potteranderson.com
Direct  302.984.6092

October 21, 2025

**VIA ELECTRONIC FILING**

The Honorable William C. Bryson
United States Court of Appeals
Howard T. Markey National
Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

      Re:    *CRH Medical Corporation v. MDE Medical, LLC and Wilbur Hill, LLC*
                **C.A. No. 25-095 (WCB)**

Dear Judge Bryson:

      Plaintiff CRH Medical Corporation and Defendants MDE Medical, LLC and Wilbur Hill, LLC (collectively, the "Parties"), respectfully requests that the Court postpone the Rule 16 Scheduling Conference currently set for October 24, 2025 for 30 days. D.I. 39.

      On October 15, 2025, the Parties filed a stipulation extending the deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended and Supplemental Complaint to November 17, 2025. D.I. 37. The Court granted this request on October 16, 2025. D.I. 38. As noted in the stipulation, the Parties are actively engaged in discussions regarding a potential informal resolution of the matter. To further conserve judicial and party resources, the Parties request that the Rule 16 Scheduling Conference be postponed for 30 days, through November 20, 2025, to allow continued settlement negotiations. The parties will submit a proposed scheduling order to the Court no later than 4-days prior to the continued scheduling conference.

      Should the Court prefer to hold the conference at an earlier date, the Parties respectfully request that it be rescheduled to a time between October 28-30 (before noon ET) or any time on October 31, due to Plaintiff's Counsel's previously scheduled travel commitments.

      Counsel is available if the Court has any questions.

                                    Respectfully,

                                    */s/ Bindu A. Palapura*

                                    Bindu A. Palapura

BAP:nmt/12523891
cc:     Clerk of Court (via hand delivery)
         Counsel of Record (via electronic filing)