### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRH MEDICAL CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>MDE MEDICAL, LLC, and WILBUR HILL, LLC,<br><br>  Defendants. | C.A. No. 25-95-WCB<br><br>**JURY TRIAL DEMANDED** |

**FIFTH STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff CRH Medical Corporation ("Plaintiff CRH") and Defendants MDE Medical, LLC ("Defendant MDE") and Wilbur Hill, LLC ("Defendant Wilbur") (collectively, "Defendants"), by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate as follows:

1. On August 6, 2025, the Court granted the parties' stipulation to allow Plaintiff to file a Second Amended and Supplemental Complaint (the "SASC"). (D.I. 32.) The parties further agreed that the pending Partial Motion to Dismiss would apply to the SASC, and that Defendants' Answer or other response to the SASC would be due 14 days after notice of the Court's ruling on Defendants' pending Partial Motion to Dismiss. (*Id.*)

2. The Court issued its ruling on Defendants' Partial Motion to Dismiss on September 2, 2025. (D.I. 34.) In this ruling, the Court dismissed Plaintiff's willfulness claims, and dismissed Plaintiff's false marking claims without prejudice. (*Id.*)

3. At this time, Plaintiff does not intend to further amend its complaint following the Court's ruling. The parties agree and stipulate that the remaining allegations in the SASC constitute the operative pleading in this matter.

4. The parties previously requested and the Court granted an extension, such that Defendants' response to the SASC is thus presently due on January 16, 2026. (D.I. 45.)

5. The parties continue to engage in meaningful settlement discussions, in hopes of finding an amicable resolution to their disputes. Rather than incur further party and judicial resources, at this juncture the parties seek to continue their discussions.

6. In light of these discussions, the parties stipulate and agree that Defendants' deadline to answer or otherwise respond to the SASC be extended by 30 days to February 17, 2026, and respectfully request that the Rule 16 scheduling conference be postponed until after Defendants' response is filed.

7. Therefore, the parties stipulate and agree that, subject to the approval of the Court, Defendants' deadline to answer or otherwise respond to the SASC be extended to February 17, 2026. Defendants do not waive and expressly reserve all rights and defenses with respect to the SASC.

Now therefore, it is hereby ORDERED this ____ day of _____ , 2026, as follows:

1. Defendants' deadline to answer or otherwise respond to Plaintiff CRH's SASC shall be extended by 30 days to February 17, 2026.

2. A date for the Rule 16 scheduling conference will be set after Defendants file their response to the SASC.

2

3

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

By: */s/Bindu A. Palapura*
    Bindu A. Palapura (#5370)
    Andrew M. Moshos (#6685)
    Malisa C. Dang (#7187)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    bpalapura@potteranderson.com
    amoshos@potteranderson.com
    mdang@potteranderson.com

*Attorneys for Plaintiff CRH Medical Corporation*

Dated: January 15, 2026
12652998 / 24738.00001

By: */s/Cameron P. Clark*
    Brian P. Egan (#6227)
    Cameron P. Clark (#6647)
    1201 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 658-9200
    began@morrisnichols.com
    cclark@morrisnichols.com

*Attorneys for Defendants MDE Medical, LLC and Wilbur Hill, LLC*

_____
The Honorable William C. Bryson