IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRH MEDICAL CORPORATION, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 25-95 |
| MDE MEDICAL, LLC, and WILBUR HILL, LLC, | | |
| *Defendants.* | | |

## ORDER

This case was filed on January 22, 2025. The plaintiff filed a first amended complaint on April 14, 2025. The defendants filed a motion to dismiss on April 28, 2025. The plaintiff filed what it styled a "Second Amended and Supplemental Complaint" on August 6, 2025. On September 2, 2025, I issued an order granting in part and denying in part the motion to dismiss. The defendants' answer or other response to the Second Amended and Supplemental Complaint was due for filing 14 days later, on September 16, 2025. On that date, the parties filed the first of what would become a series of stipulations seeking extensions of time to respond to answer or otherwise respond to the second amended and supplemental complaint. Each stipulation sought an extension of one month.

By way of justification, the parties stated in the first such stipulation that they "have begun preliminary discussions to determine whether a business resolution is available in this action." Dkt. No. 35, at 2. The second such stipulation recited that the parties "have been continuing with their discussions as to a potential informal resolution of the dispute." Dkt. No. 37, at 2. The third stipulation varied that language slightly, stating that the parties "continue to engage in meaningful

settlement discussions, in hopes of finding an amicable resolution to their disputes." Dkt. No. 42 at 2. Exactly the same language appeared in the fourth and fifth stipulations. Dkt. No. 44, at 2; Dkt. No.46, at 2.

I have granted all the requests for extension to date without requiring any further justification from the parties. But in light of the fact that this case will shortly be a year old without an answer being filed or a scheduling conference being held, I will not grant the month-long extension currently sought. Instead, I will grant an extension of two weeks, until January 30, 2026. If any further extension is requested beyond that date, I will require that the request be accompanied by a detailed account of the efforts that have been made toward settlement and what obstacles remain in the way of informal resolution. If I am not satisfied at that time that settlement is imminent, I will deny any further extension of the date for filing the defendants' answer, and I will set a date for the scheduling conference in the case.

IT IS SO ORDERED.

SIGNED this 16th day of January, 2026.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE